

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Lindell LLC | Chapter 11 |
| | 24-40454-CJP |
| Debtor | |

## ORDER

**MATTER:**

Doc#39 Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case.

NO OBJECTIONS HAVING BEEN FILED AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE MOTION IS GRANTED AND THE DEBTOR'S CASE IS DISMISSED. THE HEARING SCHEDULED FOR OCTOBER 28, 2025 IS CANCELED.

Dated: 10/27/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge